UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 26-cr-797-H |
| Plaintiff, | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| v. | |
| ROSA LIDIA CERVANTES (1) | |
| MARCO TULIO RENTERIA-GARCIA (2), | |
| Defendants. | |

The United States' Motion to Dismiss the Information is hereby GRANTED. The Information is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: ____4/14/26____

_____
Hon. Marilyn L. Huff
United State District Judge